IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raymond Earl Rigsby,<br><br>    Plaintiff,<br><br>vs.<br><br>State of Arizona, et al.,<br><br>    Defendants. | No. CV11-1696 PHX DGC (JFM)<br><br>**ORDER** |

Plaintiff Raymond Earl Rigsby has filed a complaint pursuant to 28 U.S.C. § 1983. Doc. 1. United States Magistrate James F. Metcalf has issued a report and recommendation ("R&R") recommending that the unserved defendants (Reeder and Schriro) be dismissed without prejudice for failure to effect service. Doc. 157. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and dismiss the unserved defendants without prejudice.

**IT IS ORDERED:**

1. The R&R (Doc. 157) is **accepted**.

2. Defendants Reeder and Schriro are **dismissed without prejudice**.

Dated this 13th day of January, 2014.

_____
David G. Campbell
United States District Judge